People of the State of Illinois, Plaintiff-Appellee, v. James Sylvester, Defendant-Appellant.

Gen. No. 50,638. ■

First District, Second Division.

April 26, 1966.

Eugene W. Wood and Howard T. Savage, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Salvatore R. Strazzante, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. Not to be published in full.